

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-4-2006

# USA v. Thomas

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2579

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Thomas" (2006). *2006 Decisions.* Paper 1159.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1159

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 10, 2006

No. 04-2579

United States of America

v.

Hassan Thomas,
Appellant
(MD/PA Criminal No. 03-cr-00062-2)

Present:  RENDELL, STAPLETON, Circuit Judges and GILES, District Judge.

Motion by Appellee USA to Amend Opinion.

/s/Lynn M. Lopez

**Response due 4/20/06**          Case Manager (267)299-4922
**Opinion & Judgment entered 3/29/06.**
**Mandate due to issue 4/20/06.**

**ORDER AMENDING OPINION**

The foregoing motion is GRANTED and the not precedential opinion filed in the above referenced case on 3/29/06 is amended as follows:

At the tenth line of the opinion, the sentence beginning with "After *Booker*," is amended to read:

After *Booker*, such facts may be found by the District Judge, but only if the sentencing guidelines are applied in an advisory manner. *Id.* at 764-68.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated:      May 4, 2006
LML/cc:     William A. Behe, Esq.
            Theodore B. Smith III, Esq.
            Joshua D. Lock, Esq.